

FILED APR 18 2023 CLERK, U.S. DISTRICT COURT RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TIARA WILLIAMS, ADMINISTRATOR
OF THE ESTATE OF TRACEY ASHANTI
WILLIAMS, DECEDENT,

    Plaintiff,

v.                                       Case No. 3:22-cv-762-REP

RICHARD DANIEL JOHNSON, IN HIS
INDIVIDUAL CAPACITY, THE CITY
OF RICHMOND, A BODY POLITIC AND
CORPORATE,

    Defendants.

## ORDER APPROVING WRONGFUL DEATH COMPROMISE, ATTORNEYS' FEES, AND DISTRIBUTION

This matter is before the Court on the parties' JOINT MOTION FOR APPROVAL OF WRONGFUL DEATH COMPROMISE SETTLEMENT (ECF No. 30) and Plaintiff's MOTION AND ACCOMPANYING MEMORANDUM FOR APPROVAL OF ATTORNEYS' FEES AND SUPPLEMENT TO JOINT MOTION TO APPROVE COMPROMISE (ECF No. 43).

IT APPEARING that the Settlement Agreement is a fair, reasonable, and adequate settlement to compensate the Decedent Tracey Williams's Statutory Beneficiaries for their loss under Virginia's Death by Wrongful Act statute, Virginia Code § 8.01-50, et. seq.,

IT FURTHER APPEARING, after due inquiry, that Plaintiff's attorneys' fees are reasonable and customary,

IT IS ORDERED that the JOINT MOTION FOR APPROVAL OF WRONGFUL DEATH COMPROMISE SETTLEMENT (ECF No. 30) is granted and Plaintiff's MOTION AND ACCOMPANYING MEMORANDUM FOR APPROVAL OF ATTORNEYS' FEES AND SUPPLEMENT TO JOINT MOTION TO APPROVE COMPROMISE (ECF No. 43) is granted.

Tiara Williams, the Administrator of the Estate of Tracey Ashanti Williams, Deceased, is DIRECTED to distribute the settlement proceeds as follows:

| | |
|---|---:|
| TOTAL FUND: | $3,100,000.00 |
| TIARA WILLIAMS, individually: | $830,000.00 |
| STEVEN HILL, individually: | $830,000.00 |
| Payment of Trust Expenses: | $7,750.00 |
| T.W., individually: | $100,000.00 |
| T.H., individually (ten years old): | $50,000.00 |
| T.H., individually (six years old): | $25,000.00 |
| T.H., individually (one year old): | $25,000.00 |
| ATTORNEYS' FEES:     (39.75%) | $1,232,250.00 |

IT IS FURTHER ORDERED that the check(s) in this matter shall be made payable to Polaris Law, PLLC and Tiara Williams, as the Administrator of the Estate of Tracey Ashanti Williams, Deceased, and deposited into the Attorney's IOLTA account, after which attorney's liens shall be satisfied, and the remainder of the proceeds shall be distributed in whole to Tiara Williams, as Administrator of the Estate, who shall then hold the minors' T.H.,

T.H., and T.H.'s distribution in a trust account until their 18th birthday, and shall hold the minor T.W.'s distribution in a trust account until his 21st birthday on the condition that he is employed for at least six months or a full-time student. If T.W. has not employed for at least six months or is not a full-time student upon reaching his 21st birthday, his distribution shall be held by the administrator in a trust account until his 25th birthday.

IT IS FURTHER ORDERED that upon payment of the sums herein, Plaintiff's case against the City of Richmond and Richard Johnson, as agreed upon in the Release Agreement previously filed by the parties under seal, shall be dismissed with prejudice.

Counsel shall inform the Court when payment has been made and a dismissal order will be entered immediately thereafter.

It is so ORDERED.

/s/ REP

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: April 18, 2023