IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TIARA WILLIAMS, ADMINISTRATOR OF
THE ESTATE OF TRACEY ASHANTI
WILLIAMS, DECEDENT,

  Plaintiff,

v.                                               Case No. 3:22-cv-762-REP

RICHARD DANIEL JOHNSON, IN HIS
INDIVIDUAL CAPACITY, THE CITY OF
RICHMOND, A BODY POLITIC AND
CORPORATE,

  Defendants.

## **NOTICE**

      Plaintiff, Tiara Williams, Administrator of the Estate of Tracey Ashanti Williams, Decedent, by counsel, hereby gives notice to this Honorable Court that the approved settlement funds in this matter have been paid in full, and this matter is ripe for final disposition.

Dated: May 3, 2023

s/ _____
Makiba Gaines, Esq.
VSB No. 93983
Counsel for Plaintiff
Polaris Law Firm
2832 South Lynnhaven Pkwy., Suite 201
Virginia Beach, VA 23452
757-904-0370 - Phone
757-866-5744 - Fax
mg@legalhelp757.com

/s/
Olga Pazilova, Esq.
VSB No. 93708
Counsel for Plaintiff
Ernest Law Group, PLC
500 South Independence Boulevard
Suite 103
Virginia Beach, VA 23452
757-289-2499 - Phone
757-277-0256 - Fax
opazilova@ernestlawgroup.net

/s/
Stephen C. Teague, Esq.
VSB No. 81006
Counsel for Plaintiff
Law Office of Stephen C. Teague
P. O. Box 706
Newport News, VA 23607
757-317-0716 - Phone
757-215-2974 - Fax
stephen@teaguelawoffice.com

## C E R T I F I C A T E

I hereby certify that on the 3rd day of May, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/
Stephen C. Teague, Esq.
VSB No. 81006
Counsel for Plaintiff
Law Office of Stephen C. Teague
P. O. Box 706
Newport News, VA 23607
757-317-0716 - Phone
757-215-2974 - Fax
stephen@teaguelawoffice.com