IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TIARA WILLIAMS,

    Plaintiff,

v.                                 Civil Action No. 3:22-cv-762

CITY OF RICHMOND, et al.,

    Defendant.

## ORDER

Having been informed by the Plaintiff that the approved settlement funds in this matter have been paid in full (ECF No. 50) and in accordance with this Court's ORDER on April 18, 2023 (ECF No. 49), it is ORDERED that this matter is dismissed with prejudice.

It is SO ORDERED.

                                          /s/          REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: May 4, 2023